IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SAINT-GOBAIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:04cv0387 |
| | ) | |
| v. | ) | Hon. Wendell A. Miles |
| | ) | Senior U.S. District Judge |
| GEMTRON CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED COMPLAINT FOR DECLARATORY JUDGMENT
AND UNFAIR COMPETITION**

Plaintiff Saint-Gobain Corporation ("Saint-Gobain") files this complaint for declaratory judgment and unfair competition against defendant Gemtron Corporation ("Gemtron") and in support thereof alleges as follows:

<u>The Parties</u>

1.      Plaintiff Saint-Gobain is a Pennsylvania corporation with a principal place of business in Valley Forge, Pennsylvania.

2.      Defendant Gemtron is a Tennessee corporation with a principal place of business in Holland, Michigan.  Gemtron is registered to do business in Michigan.

<u>Jurisdiction and Venue</u>

3.      Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338, 28 U.S.C. §§ 2201 and 2202, 15 U.S.C. § 1125(a) and the Michigan common law.

4.      Venue in this district is proper under 28 U.S.C. § 1391(b) and (c).

Patents in Suit

5.      United States patent 6,422,673 ("the '673 patent") entitled REFRIGERATOR COMPARTMENT HOUSING VERTICALLY ADJUSTABLE SHELVES, EACH FORMED FROM A PIECE OF TEMPERED GLASS SNAPPED-FASTENED TO AN INJECTION MOLDED FRAME to Craig Bienick of Jenison, Michigan issued on July 23, 2002 to defendant Gemtron (exhibit A hereto).

6.      United States patent 6,679,573 ("the '573 patent") entitled REFRIGERATOR SHELF to Craig Bienick of Jenison, Michigan issued on January 20, 2004 to defendant Gemtron (exhibit B hereto).

Actual Controversy

7.      Defendant Gemtron, through its patent counsel, has vigorously asserted infringement of the '673 and '573 patents against plaintiff Saint-Gobain and has threatened a suit for injunctive relief (35 U.S.C. § 283), treble damages (35 U.S.C. § 284) and recovery of attorney fees (35 U.S.C. § 285).

8.      Plaintiff Saint-Gobain does not infringe the '673 or '573 patents.

9.      The '673 and '573 patents, to the extent asserted by defendant Gemtron against plaintiff Saint-Gobain, are invalid.

10.      An actual controversy exists between plaintiff Saint-Gobain and defendant Gemtron as to the infringement and validity of the '673 and '573 patents as asserted by defendant Gemtron against plaintiff Saint-Gobain.

## Unfair Competition

11.     On information and belief, defendant Gemtron has unfairly competed with plaintiff Saint-Gobain by, without any good faith basis therefor, threatening customers and prospective customers of plaintiff Saint-Gobain with patent infringement.

12.     On information and belief, plaintiff Saint-Gobain has been damaged by defendant Gemtron's aforesaid unfair competition.

## Relief Requested

WHEREFORE, plaintiff Saint-Gobain respectfully requests:

A.      a declaration that the '673 and '573 patents are not infringed;

B.      a declaration that the '673 and '573 patents as asserted by defendant Gemtron against plaintiff Saint-Gobain are invalid;

C.      an injunction against defendant Gemtron's aforesaid unfair competition;

D.      its damages as a result of defendant Gemtron's unfair competition;

E.      its attorneys fees;

F.      its costs (rule 54(d), Fed. R. Civ. P.); and

G.      such other relief as is proper and appropriate under the circumstances.

Dated:  August 27, 2004            Respectfully submitted,

                                 RHOADES McKEE


                             By:   /s/ Mark S. Pendery_____
                                 Mark S. Pendery (P57683)

*Of Counsel*:                        161 Ottawa Avenue, NW, Suite 600
                                 Grand Rapids, MI 49503

Arthur I. Neustadt                  (616) 235-3500
Jean-Paul Lavalleye
Barry J. Herman                   *Attorneys for Plaintiff*
OBLON, SPIVAK, McCLELLAND,     *Saint-Gobain Corporation*
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia  22314
(703) 413-3000