UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAINT-GOBAIN CORPORATION,

    Plaintiff,                                       Case No. 1:04-cv-387

v                                                       Hon. Wendell A. Miles

GEMTRON CORPORATION,

    Defendant.
_____/

ORDER CORRECTING TYPOGRAPHICAL ERROR

On October 3, 2005, the court issued its Order on Claim Construction. It has come to the court's attention that the order contains a typographical error. Specifically, page 10 of the order, lines 9 through 11, contains the following sentence:

> Mr. Miedema's affidavit is directed to the issue of infringement – which is a question of law – and not to the issue of claim construction – which is an issue of fact.

However, this sentence should instead read as follows:

> Mr. Miedema's affidavit is directed to the issue of infringement – which is a question of *fact* – and not to the issue of claim construction – which is an issue of *law*.

The court therefore orders correction of the Order on Claim Construction, deleting the former sentence replacing it with insertion of the latter sentence.

So ordered this 4th day of October, 2005.

                                                                            /s/ Wendell A. Miles
                                                                            Wendell A. Miles
                                                                            Senior U.S. District Judge