UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

**SCHEDULING ORDER**

    This is a patent case. The patents-in-suit are U.S. Patent No. 6,422,673-1 (the '673 patent), Refrigerator Compartment Housing Vertically Adjustable Shelves, Each Formed From a Piece of Tempered Glass Snapped-Fastened to an Injection Molded Frame, and U.S. Patent No. 6,679,573-B2 (the '573 patent), Refrigerator Shelf. The accused device is generally described as a refrigerator shelf.

    The Court held a status conference on January 12, 2007, at which it made several decisions regarding the course of the case and its substance. They are:

    1.    The parties are realigned. The caption reflects the realignment.

    2.    The '573 patent is the paradigm patent. Claim 23 is the representative claim. Proceedings on the '673 patent and claims other than Claim 23 of the '573 patent are STAYED until further order of the Court.

    3.    The element of Claim 23 of the '573 patent which is alleged to be infringed reads:

1

> . . .a relatively resilient end edge portion which temporarily deflects and subsequently rebounds to snap-secure one of said glass piece front and rear edges in the glass piece edge-receiving channel of said ay least one front and rear frame portion.  (Col 8: ll 60-65).

4. Plaintiff asserts literal infringement and wilful infringement.

5. The deadlines in prior procedural orders are VACATED.

6. Defendant intends to file a motion for summary judgment of invalidity within twenty (20) days.  Plaintiff shall have twenty-one (21) days to respond.  The reply is due within ten (10) days thereafter.

7. Defendant intends to file a motion for summary judgment of non-infringement within twenty (20) days.  Plaintiff shall have twenty-one (21) days to respond.  The reply is due within ten (10) days thereafter.

8. The parties shall arrange for an in-court tutorial with the Court's case manager within thirty (30) days.

Any objections to this Order shall be filed within the Court within five (5) business days.

SO ORDERED.

Dated:  January 17, 2007         s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 17, 2007, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160