UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

                                                              Case No. 1:04-0387

-vs-                                                     HON. AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

                                                    /

## ORDER

For reasons stated on the record on April 13, 2007:

1.    Pending motions are DENIED without prejudice to their reinstatement except:

    A.    Saint-Gobain's Motion for Summary Judgment of Non-Infringement (Dkt. # 451);

    B.    Saint-Gobain's Motion for Summary Judgment of 35 U.S.C. §112 Written Description Invalidity (Dkt. # 455);

    C.    Gemtron's Cross-Motion for Summary Judgment of Infringement (Dkt. # 461).

2.    Prior orders granting motions to seal matters are VACATED subject to the right of a party to request continued sealing on a discrete showing that specific documents which are individually identified should continue to be sealed. Any such request shall be made by a letter lodged with the Court within ten (10) days with a copy to the opposing

party particularly identifying the order by docket number, describing the documents, and stating a substantive reason for the request.

    SO ORDERED.

                                    s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE

Dated: April 16, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 16, 2007, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                    Case Manager, (313) 234-5160