UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

                                    Case No. 04-0387
                                    Judge Avern Cohn

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

## ORDER REGARDING THE CROSS - MOTIONS FOR SUMMARY JUDGMENT ON INFRINGEMENT

    Pending are cross-motions for summary judgment on the infringement issue in this case. The Court will proceed first to adjudicate plaintiff's motion for summary judgment on infringement. Plaintiff shall within fifteen (15) days file a statement of material facts not in dispute in accordance with the Court's requirements which displays its entitlement to summary judgment. Defendant shall have fifteen (15) days to respond to the statement interlineating its response on plaintiff's statement. The parties may stand on their initial briefs or file amended briefs as they choose.

    The parties shall identify with particularity the affidavits in the record supporting their respective positions. The parties may also file new affidavits.

    SO ORDERED.

Dated: May 8, 2007                    s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 8, 2007, by electronic and/or ordinary mail.

                                                                  s/Julie Owens
                                                                    Case Manager, (313) 234-5160