UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

        Plaintiff,

                                                  Case No. 04-0387

v.

                                                  Judge Avern Cohn

SAINT-GOBAIN CORPORATION,

       Defendant.
_____/

AMENDED ORDER REGARDING THE CROSS - MOTIONS
FOR SUMMARY JUDGMENT ON INFRINGEMENT

      Pending are cross-motions for summary judgment on the infringement issue in this case. The Court will proceed first to adjudicate plaintiff's motion for summary judgment on infringement. Plaintiff shall within fifteen (15) days file a statement of material facts not in dispute in accordance with the Court's requirement which displays its entitlement to summary judgment. Defendant shall have fifteen (15) days to respond to the statement interlineating its response on plaintiff's statement. The parties may stand on their initial briefs or file amended briefs as they choose. If the parties elect to file amended briefs, the schedule is as follows: (i) all amended briefs shall be filed together with each parties' respective statement of facts and (ii) plaintiff may file a reply to defendant's response to plaintiff's statement of material facts not in dispute and any amended brief defendant might file within seven (7) days after service of defendant's response and amended brief.

The parties shall identify with particularity the affidavits in the record supporting their respective positions. The parties may also file new affidavits.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  May 14, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 14, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160