UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT BY THE SG16 SHELF

This is a patent case. Involved is United States Patent No. 6,679,573. Before the Court is plaintiff's motion for summary judgment of infringement by the SG16 Shelf. For the reasons stated on the record at the hearing on August 16, 2007, the motion is DENIED. The Court is satisfied that the case must proceed to trial on the issue of whether the SG16 shelf infringes Claim 23 of the '573 patent.

    SO ORDERED.


Dated: August 16, 2007      s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 16, 2007, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                         Case Manager, (313) 234-5160