UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

                                     Case No. 1:04-0387

-vs-                                  Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER VACATING ORDER ENTERED SEPTEMBER 1, 2005
DENYING GEMTRON'S MOTION TO COMPEL
<u>INSPECTION OF SAINT-GOBAIN'S FACILITY</u>**

On September 1, 2005, the Court denied Gemtron's motion to compel inspection of Saint-Gobain's manufacturing facility on the ground it would serve no useful purpose as more fully explained in the order.  For reasons previously discussed with the parties, the Court finds that an inspection of the facility may serve a useful purpose.  Therefore, it VACATES the order without prejudice to Saint-Gobain's right to argue otherwise.

SO ORDERED.

Dated:  October 31, 2007            _s/Avern Cohn_____
                              AVERN COHN
                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 31, 2007, by electronic and/or ordinary mail.

                                 _s/Julie Owens_____
                                 Case Manager, (313) 234-5160