UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

## ORDER RELATING TO SEALED FILINGS

On October 25, 2007, the Court entered an Order relating to sealed filings and other matters. Saint-Gobain has filed objections in the form of a letter to the Court.[1]

An "attorney eyes only" disclosure in discovery is inappropriate. The case is the parties' and not the attorneys.

The "highly confidential business information" exhibits currently under seal may be withdrawn. To the extent such "information" is disclosed in papers filed under seal, the parties should agree on redacted re-filings and withdraw the papers currently under seal. If they are unable to agree, the Court shall be advised and then will schedule a hearing. Substantive papers relating to motions in a patent case should not be sealed.

    SO ORDERED.

Dated: November 6, 2007

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

---

[1] The Order called for identification of "particular paper(s) or exhibit(s)." The letter does not identify them.

1