UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER FINDING MOTION FOR CLARIFICATION REGARDING
THE AMENDED SCHEDULING ORDER AS MOOT**

This is a patent case.  Plaintiff filed a motion styled "Gemtron's Motion for Clarification Regarding the Amended Scheduling Order."  The matter was resolved on the record at the status conference on December 18, 2007.  The motion is MOOT.

    SO ORDERED.


Dated:  December 19, 2007           s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 19, 2007, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                            Case Manager, (313) 234-5160