UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER REGARDING PRODUCTION OF DOCUMENTS**

At the status conference on December 18, 2007, plaintiff raised the question of defendant producing documents with redactions (Tr. 12/18/07, p. 10). The Court responded by directing that the documents be produced in an unredacted form, and if defendant believed redactions appropriate, the documents be examined to the Court in an unredacted form to determine if the redactions were appropriate (Tr. 12/18/07, p. 14).

On January 3, 2007, the documents were lodged with the Court in an unredacted form, accompanied by a privilege log, See Exhibit A. The log is incomplete. It does not identify the status either the authors or of the recipient(s), or the basis for the redaction, except to state "Attorney-Client; Attorney Work Product."

At an *in camera* hearing on January 7, 2008, defendant stated that neither the authors nor the recipients were attorneys. Defendant shall, by **January 14, 2008**, further detail the nature of the documents, to better explain the basis for claiming Attorney-Client

1

and Attorney Work Product as justification for the redactions. Many of the documents do not appear to have an attorney-client relationship or  covered by F.R.Civ.P. 26(b)(3).

    SO ORDERED.

                                     s/Avern Cohn
                                     AVERN COHN
                                     UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 9, 2008, by electronic and/or ordinary mail.

                                     s/Julie Owens
                                   Case Manager, (313) 234-5160

S:\LORI\Cases\Gemtron v. Saint-Gobain\Redaction Order.wpd