UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

                                                               Case No. 1:04-0387
                                                               Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

**ORDER DENYING SAINT GOBAIN'S MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBIT A OF ITS RESPONSE TO ORDER REGARDING
PRODUCTION OF DOCUMENTS DATED JANUARY 09, 2008**

Before the Court is the above referenced motion.  The Court being fully advised in the premises,

IT IS HEREBY ORDERED that the motion is DENIED.

                                                         s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  January 15, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 15, 2008, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                        Case Manager, (313) 234-5160