UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER DENYING SAINT GOBAIN'S RENEWED MOTION IN LIMINE**

Saint-Gobain's Renewed Motion *In Limine* To Preclude Gemtron From Referring To Saint-Gobain's Manufacturing Process [etc] is DENIED. The question of whether or not the SG16 has the "relatively resilient" characteristic present when the shelf comes into the United States as asserted by Gemtron is not clear. Also not clear is whether or not this question was raised in the Markman hearing phase or the summary judgment phase of the case.

    SO ORDERED.


Dated: January 17, 2008

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 17, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160