## **VERDICT**

I

Has Gemtron proved by a preponderance of the evidence that claim 23 of the '573 patent is infringed?

Yes __X__     No _____



II

Has Saint-Gobain proved by clear and convincing evidence that the subejct matter of claim 23 of the '573 patent would have been obvious to one of ordinary skill in the art at the time the invention was made?

Yes _____     No __X__

_____    __1/28/08__
Foreperson                Date