AO 450  (Rev. 7/99) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

GEMTRON CORPORATION,

                Plaintiff,

v.

SAINT GOBAIN CORPORATION,

                Defendant.
                                              /

PARTIAL JUDGMENT
IN A CIVIL CASE

Case Number: 1:04-cv-0387

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury on the issues of validity and infringement. These issues have been tried and the jury having rendered its verdict:

IT IS ORDERED AND ADJUDGED that Claim 23 of United States Patent 6,679,573 ("the '573 patent") is VALID.

IT IS FURTHER ORDERED AND ADJUDGED that the refrigerator shelves manufactured by defendant Saint-Gobain Corporation designated as SG1, SG2, SG3, and SG4 thru SG36 (with the exception of SG12) and as well as any similarly constructed refrigerator shelves INFRINGE Claim 23 of the '573 patent to the extent that they have been or are imported into, sold in, offered for sale in, or used in the United States

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

the attorneys of record

Date January 28, 2008                                       s/Julie Owens
                                                                               Deputy Clerk