UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

**ORDER**

The motion styled

Gemtron's Motion for Leave to File Under Seal
Exhibits 3 through 9 Accompanying its Memorandum
in Support of its Motion for Entry of a Permanent Injunction

is DENIED.  The exhibits are part of the record in support of the motion which will be considered in open Court.  There is nothing in the exhibits which suggests the Court will consider them *in camera*.  Plaintiff may withdraw the exhibits and simply lodge them with the Court for the time being.

    SO ORDERED.


Dated:  February 7, 2008          s/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

S:\LORI\Cases\Gemtron v. Saint-Gobain\Permanent Injunction Seal Order.wpd