UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GEMTRON CORPORATION,

      Plaintiff,

v.

SAINT GOBAIN CORPORATION

      Defendant.
_____/

CIVIL ACTION NO. 1:04-cv-0387

DISTRICT JUDGE AVERN COHN

## ORDER RE: PROPOSED SEALED DOCUMENTS

On February 06, 2008 a Motion to Seal Exhibits 3 thru 9 to the Plaintiff's Motion for Entry of a Permanent Injunction was filed.   The Court denied the motion (see order of February 07, 2008, D/E 650).

IT IS HEREBY ORDERED that the proposed sealed exhibits in support of the Gemtron's Motion for Entry of a Permanent Injunction are STRICKEN.

IT IS FURTHER ORDERED that the exhibits be returned to the Plaintiff.

Dated:  February 13, 2008
      s/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 13, 2008, by electronic and/or ordinary mail.

      s/Julie Owens
      Case Manager, (313) 234-5160