UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

     Plaintiff,

                                          Case No. 1:04-0387

-vs-                                      Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

     Defendant.

_____/

**ORDER DENYING MOTION TO DEFER DAMAGES TRIAL**

For reasons stated on the record on Friday, February 22, 2008, defendant's motion styled

Motion To Defer Damages Trial
Pending Its Appeal As A Matter Of Right
Pursuant To 28 USC §1292(c)(2)

is DENIED.

As explained, an appeal under 28 USC §1292(c)(2) as a matter of right from a judgment in a patent case is available only when the sole issue remaining in the case is an accounting. Here, motions for a new trial, judgment as a matter of law and for a permanent injunction are pending, and will not be resolved until sometime after the trial on damages scheduled to commence on April 8, 2008 is completed.

1

The interests of justice would be better served in the circumstances of this case if either party appeals, that it be taken on a complete record, *i.e.*, after liability and damages have been fully determined.

SO ORDERED.

  s/Avern Cohn_____
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  February 25, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2008, by electronic and/or ordinary mail.

  s/Julie Owens_____
Case Manager, (313) 234-5160

2