UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**PRETRIAL AND SCHEDULING ORDER RE: WILFULNESS AND DAMAGES TRIAL**

    1.    This is a patent case.  The patent-in-suit has been found valid and infringed. Trial on the issues of wilfulness and damages is scheduled to begin on Tuesday, April 8, 2008, before the jury previously empaneled, and which found validity and infringement.

    2.    The final pretrial conference on wilfulness and damages is scheduled for **<u>Wednesday, March 19, 2008 at 11:00 a.m.</u>**

    3.    The requirements for the Joint Pretrial Statement are set forth in LR 16.2 (Joint Final Pretrial Order).

    4.    The requirements of the Trial Order entered December 18, 2007, are incorporated by reference in this order.

    5.    The Court is available by pre-arrangement with the Deputy Clerk by telephone conference to assist in informal resolution of discovery and other pretrial issues.

Any objections to this order shall be lodged with the Court within forty-eight (48) hours.

SO ORDERED.

      s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  February 25, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 25, 2008, by electronic and/or ordinary mail.

      s/Julie Owens
Case Manager, (313) 234-5160

2