UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-
                                          Case No. 1:04-0387
                                          Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

## MEMORANDUM AND ORDER

Gemtron has filed a motion styled "Motion for Summary Judgment of No Willful Infringement and for Protective Order."  For the reasons stated on the record at the hearing of March 3, 2008, consideration of the motion for summary judgment on the issue of willfulness will be deferred until the final pretrial conference scheduled for March 21, 2008.  The motion for a protective order is DENIED.  Discovery will proceed in the manner outlined on the record at the March 3 hearing.

    SO ORDERED.

Dated:  March 4, 2008                     s/Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 4, 2008, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                   Case Manager, (313) 234-5160