UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER DENYING MOTION FOR PERMANENT INJUNCTION WITHOUT PREJUDICE**

For the reasons stated on the record at the hearing on March 21, 2008, Gemtron's Motion for Permanent Injunction is DENIED WITHOUT PREJUDICE.

SO ORDERED.

    s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: March 24, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 24, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager, (313) 234-5160