UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.

_____/

**ORDER DENYING MOTIONS TO SEAL DOCUMENTS**

For the reasons stated on the record at the hearing on March 21, 2008, Saint Gobain's Motion to File under Seal its Brief in Response to Gemtron's Motion for Entry of a Permanent Injunction (D/E 693) and Saint Gobain's Motion to File Under Seal its Rule 37 Motion and Supporting Brief, etc. are DENIED.

SO ORDERED.

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

Dated: March 24, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 24, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160