UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GEMTRON CORPORATION,

    Plaintiff,

v.

SAINT GOBAIN CORPORATION,

    Defendant.
_____/

CIVIL ACTION NO. 1:04-cv-0387

HONORABLE AVERN COHN

**ORDER DENYING SAINT GOBAIN'S MOTION TO FILE UNDER SEAL ITS MOTION AND SUPPORTING BRIEF TO AMEND PRETRIAL ORDER AND REOPEN DISCOVERY WITH RESPECT TO GEMTRON'S GE QUANTUM PROJECT**

Before the Court is the above referenced motion. The Court being fully advised in the premises, the motion is DENIED.

**SO ORDERED.**

Dated: March 26, 2008

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record and on this date, March 26, 2008, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160