UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

**ORDER DENYING MOTIONS TO SEAL**

Before the Court are the following motions to seal:

- Motion to Seal Gemtron's Memorandum in Support of Plaintiff Gemtron's Motion to Preserve Evidence (D/E 715)

- Motion to Seal Memoranda and Exhibits re: Motion to Reconsider and Motion to Compel (D/E 720)

- Motion to Seal Saint Gobain's Motion in Limine to Exclude the Expert Report of Gemtron's Damages Expert Paul Taylor, or, at Minimum, to Restrict His Opinion to a Reasonable Royalty Rate of 5% (D/E 724)

- Motion to Seal Saint Gobain's Rule 37 Motion and Supporting Brief to Compel Discovery with Respect to Missing Attachments, Incomplete E-Mails, and Improperly Redacted Documents Produced by Gemtron (D/E 728)

IT IS HEREBY ORDERED that the motions are DENIED.  The parties are directed to file the motion papers and exhibits.  The confidential portions of the exhibits may redacted, withdrawn or separately lodged with the Court.

SO ORDERED.

Dated:  April 3, 2008                   s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

**04-387 Gemtron Corp v. St. Gobain Corp**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 3, 2008, by electronic and/or ordinary mail.

                        s/Julie Owens
                        Case Manager, (313) 234-5160