UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

      Plaintiff,

                                         Case No. 1:04-0387
-vs-                                  Hon:  AVERN COHN

SAINT-GOBAIN CORPORATION,

      Defendant.
_____/

**ORDER RE: PRESERVATION OF DOCUMENTS**

Pursuant to the telephone conference with the Court on April 02, 2008 with respect to the preservation of documents:

IT IS HEREBY ORDERED that both parties shall take all appropriate steps to preserve all electronic mail ("e-mail") communications and other documents relating to their business for refrigerator shelves used in the United States.  This order is applicable to both parties' Mexican facilities.

SO ORDERED.


Dated:  April 3, 2008              s/Avern Cohn
                                    AVERN COHN
                                    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 3, 2008, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                   Case Manager, (313) 234-5160