**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GEMTRON CORPORATION,

        Plaintiff,

-vs-

SAINT-GOBAIN CORPORATION,

        Defendant.

_____ /

Case No. 1:04-0387
Hon. Avern Cohn

**ORDER GRANTING GEMTRON'S MOTION TO LIFT STAY
OF PERMANENT INJUNCTION**

This matter having come before the Court upon Gemtron's Motion to Lift Stay of Permanent Injunction (D.I. 851 ("the Motion")), the Court being fully advised in the premises:

The motion is **GRANTED**. The stay of the permanent injunction in the judgment entered on September 22, 2008, is lifted effective immediately. (D.I. 829 at ¶ 5.)

**SO ORDERED.**


Dated: October 22, 2009

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this dated, October 22, 2009, by electronic and/or ordinary mail.


    s/Julie Owens
    Case Manager, (313) 234-5160