UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEMTRON CORPORATION,

    Plaintiff,

-vs-

Case No. 1:04-0387
Hon: AVERN COHN

SAINT-GOBAIN CORPORATION,

    Defendant.
_____/

**ORDER DISSOLVING STAY**
**and**
**RESTORING CASE TO AN OPEN STATUS**

This is a patent case. Following a jury trial, judgment and appeal in which Gemtron was successful (see Gemtron Corp. v. Saint-Gobain Corp., 572 F.3d 1371 (Fed. Cir. 2009)), the Court closed the case. Because certain matters had been stayed, to wit: Gemtron's Motion for Sanctions (Doc. 522) and Gemtron's Motion for Attorneys Fees [etc] (Doc. 785), and because the Court stayed claims relating to the '573 and '678 patents (Doc. 829) (there may have been other matters not disposed of), it is necessary to reopen the case. Accordingly,

The case is REOPENED, and all stays previously entered are DISSOLVED.

The Court will hold a telephonic status conference on **Thursday, September 02, 2010 at 10:30 a.m.** to chart the future course of the case.

SO ORDERED.

Dated: August 13, 2010

    S/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 13, 2010, by electronic and/or ordinary mail.

    S/Julie Owens
    Case Manager, (313) 234-5160