**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

GEMTRON CORPORATION,

        Plaintiff,

v.

SAINT-GOBAIN CORPORATION,

        Defendant.
_____/

CASE NUMBER: 1:04-cv-387

HONORABLE AVERN COHN

## SUPPLEMENT TO FINAL JUDGMENT

The claims and/or defenses of Gemtron and Saint Gobain exclusive of the claims adjudicated as stated in the Final Judgment (Doc. 829) are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.


Dated: January 27, 2011

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 27, 2011, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160